## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTHONY GRAVES-BUCKINGHAM,

        Plaintiff,

    v.

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*,

        Defendant.

Case No. 22-cv-1459 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, ECF 27, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

           _____
           JIA M. COBB
           United States District Judge

Date: July 23, 2026